IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:16-MC-001-RLV-DCK

| NUCOR CORPORATION and ROBERT JOHNS, | ) ) ) | |
|---|---|---|
| Petitioners, | ) ) ) | ORDER |
| v. | ) ) ) | |
| J.D. FIELDS & COMPANY, INC., | ) ) ) | |
| Respondent. | ) ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 6) filed by Scott M. Tyler, concerning Susannah P. Torpey on January 29, 2016. Ms. Susannah P. Torpey seeks to appear as counsel *pro hac vice* for Petitioners Robert Johns and Nucor Corporation. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 6) is **GRANTED.** Ms. Susannah P. Torpey is hereby admitted *pro hac vice* to represent Petitioners Robert Johns and Nucor Corporation.

**SO ORDERED**.

Signed: February 1, 2016

David C. Keesler
United States Magistrate Judge